UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| DENNIS L. WEST, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:09-0076 |
| | ) | JUDGE HAYNES |
| CORRECTIONS CORPORATION OF AMERICA MEDICAL, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

In accordance with the Memorandum filed herewith, this action is **DISMISSED** for failure to state a claim on which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(ii); 1915A(b)(1).

An appeal would **NOT** be taken in good faith. Therefore, Plaintiff is **NOT** certified to pursue an appeal from this judgment *in forma pauperis*. 28 U.S.C. § 1915(a)(3). Nevertheless, should Plaintiff decide to file a notice of appeal, he either must pay the Clerk of Court the full four hundred fifty-five dollar ($455.00) appellate filing fee, or submit a new application to proceed *in forma pauperis* with a certified copy of his inmate trust fund account statement for the six (6) month period preceding the date that he files his notice of appeal. 28 U.S.C. §§ 1915(a)(1)-(a)(2).

Entry of this Order shall constitute the final judgment in this action.

It is so **ORDERED**.

William J. Haynes, Jr.
United States District Judge